IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:09-cv-1167-TMH |
| ) | WO |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on January 18, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #20) filed on January 18, 2012 is adopted;

3. The petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

DONE this the 28th day of February, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE