IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CALVIN FRAZIER, #177281, )
                                        )
       Petitioner, )
v.                               )    CASE NO.  2:09-cv-1167-TMH
                                          )            WO
J. C. GILES, *et al.*,            )
                                          )
       Respondents. )

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is  entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the  28th  day of February, 2012.

                                   /s/ Truman M. Hobbs
                    SENIOR UNITED STATES DISTRICT JUDGE